UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARI ANN WILSON,<br><br>                  Plaintiff,<br><br>   v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                  Defendant. | Case No. C20-195 RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER |

This matter is before the Court on Defendant's motion requesting an additional 28 days to file an answer. Dkt. 8.[1] Based on the circumstances described in Defendant's motion and accompanying declaration, and that Plaintiff does not oppose the motion, it is hereby ORDERED that the motion is GRANTED and the Responsive due date shall be amended as follows:

- Defendant shall have up to and including May 8, 2020, to file a Response to Plaintiff's Complaint.

DATED this 14th day of April, 2020.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

---

[1] Counsel is reminded to comply in future with the local rules requiring filing a proposed order. *See* Local Rules W.D. Wash. LCR 7(b)(1), 5(d).

ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF
TIME TO FILE ANSWER - 1