UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARI ANN WILSON,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:20-CV-00195-RAJ<br><br><br><br>~~PROPOSED~~ ORDER |

Based on Defendant's Motion, it is hereby ORDERED that the Responsive Due Date shall be amended as follows:

Defendant shall have up to and including June 8, 2020, to file a Response to Plaintiff's Complaint.

DATED this 13th day of May, 2020.

*Richard A. Jones*
―――――――――――――――
The Honorable Richard A. Jones
United States District Judge

Page 1       ORDER - [2:220-CV-00195-RAJ]