UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARI ANN WILSON, | Civil No. 2:20-CV-00195-RAJ |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be amended as follows:

Defendant shall have up to and including September 14, 2020, to file a response to Plaintiff's Complaint, including the certified administrative record.

Dated this 2nd day of September, 2020.

_(signed)_ Richard A. Jones

The Honorable Richard A. Jones
United States District Judge

Page 1     ORDER - [2:20-CV-00195-RAJ]