UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARI ANN WILSON,

     Plaintiff,

     vs.

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

Civil No. 2:20-CV-00195-RAJ

~~PROPOSED~~ ORDER AMENDING
THE SCHEDULING ORDER

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including December 8, 2020, to file Defendant's responsive brief; and
- Plaintiff shall have up to and including December 22, 2020, to file a reply brief.

DATED this 12th day of November, 2020.

_Richard A Jones_

The Honorable Richard A. Jones
United States District Judge