UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KARI ANN WILSON,<br><br>  Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>  Defendant. | Civil No. 2:20-CV-00195-RAJ<br><br>~~PROPOSED~~ ORDER ON STIPULATED MOTION FOR REMAND (DKT. #31) |

It is hereby ORDERED that the case shall be remanded under sentence four of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to further develop the record; reevaluate the claimant's residual functional capacity; give the claimant an opportunity for a hearing; and issue a new decision. Upon proper presentation, Plaintiff will be entitled to attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. §2412 et seq.

Dated this 8th day of December, 2020.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

Page 1     ORDER - [2:20-CV-00195-RAJ]